RECEIVED
IN LAKE CHARLES, LA
MAY 19 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:10CR 00015 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| CESAR ALEJANDRO LANDEROS-FUENTES | : | MAGISTRATE JUDGE KAY |

JUDGMENT

In accordance with the corresponding Memorandum Ruling and for the reasons stated in the Magistrate Judge's report and Recommendation, after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings in the Report and Recommendation are correct under applicable law; it is

ORDERED that the defendant's guilty plea is accepted and a Judgment of Guilty is entered on this date.

Lake Charles, Louisiana, this ___ day of May_____, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT